## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Zhenyu Zhang,**

**Plaintiff,**

**vs.**

United States Citizenship and Immigration Services (USCIS),

Pamela Bondi, in her official capacity as Attorney General of the United States,

Joseph B. Edlow, in his official capacity as Director of USCIS,

Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security,

Craig H. Missakian, in his official capacity as United States Attorney for the Northern District of California,

Defendants.

**Case No.: 5:2026cv01723**

**MOTION TO DISMISS**

**Plaintiff, Zhenyu Zhang,** hereby moves to dismiss this case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved his I-765 Application for Employment Authorization (Receipt Number: IOE9566331188), rendering the matter moot.

**In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed a Petition for Writ of Mandamus to compel USCIS to adjudicate his I-765 application due to an unreasonable delay.

2. USCIS has since approved Plaintiff's I-765 application, resolving the issue that led to the filing of this case.

3. As the relief sought has been granted, there is no longer a need for the court's intervention.

4. Therefore, Plaintiff respectfully requests that this Honorable Court dismiss this case as moot.

**Respectfully submitted,**

Zhenyu Zhang

605 E Evelyn Ave UNIT 6334

Mountain View, CA 94041

kyriezzy@gmail.com

5127201385

**Date: March 28, 2026**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Eumi K. Lee

March 30, 2026

Dismissed without prejudice.